KINGAN AND COMPANY, INCORPORATED, v. J. L. WILLIAMS.

(Filed 28 September, 1932.)

APPEAL by defendant from *Cranmer, J.,* at May Term, 1932, of PITT. No error.

*Julius Brown for appellant.*
*W. A. Darden for appellee.*

PER CURIAM. This is a civil action to recover an amount alleged to be due the plaintiff for goods sold and delivered to the defendant. The jury returned a verdict for the plaintiff in the sum of $193.24, with interest from 1 January, 1928.

We have considered the exceptions taken by the appellant and find none which entitles him to a new trial.

No error.